# Order

Michigan Supreme Court
Lansing, Michigan

February 7, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141591

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RONALD BANKS,
      Defendant-Appellant.

SC: 141591
COA: 298151
Monroe CC: 81-018735-FY

_____/

On order of the Court, the application for leave to appeal the July 20, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

_____
Clerk

d0131